**Joe Mitchell, appellee, v. Anton Wagner, appellant. Gen. No. 30,300.**

Action for money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. M. D. Hartigan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Wisch & Cody, for appellant; Myron E. Wisch and Sidney R. Tarkoff, of counsel. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Louis Biegler Company, defendant in error, v. Hans Hanson, plaintiff in error. Gen. No. 30,320.**

Action for balance due for services and material furnished. Judgment for plaintiff against substituted defendant who brings error. Error to the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed. Opinion filed March 2, 1926.

Litsinger, Healy & Reid, for plaintiff in error. J. H. Perkinson, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

**Lula Murray, plaintiff in error, v. Albert N. Miller and Martin Kallis, trading as Miller-Kallis Fur Shop, defendants in error. Gen. No. 30,357.**

Action to recover purchase price of goods sold by alleged misrepresentation. Judgment for plaintiff. Order vacating judgment as to one defendant. Error to the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Daniel L. Madden, for plaintiff in error. Wolf & Love, for defendant in error Martin Kallis; Alexander Wolf, of counsel.

Mr. Justice Johnston delivered the opinion of the court.